[No. 9384–3–I.  Division One.  April 15, 1982.]

THEODORE C. ENNS, *Appellant,* v. BOARD OF REGENTS OF
THE UNIVERSITY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–07529–2, Jack P. Scholfield, J., entered
September 12, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James and Corbett, JJ.

[No. 9198–1–I.  Division One.  April 15, 1982.]

DAVID E. DINGER, ET AL, *Respondents,* v. YACHTS
UNLIMITED, INC., *Defendant,* DAVIS MARINE
PRODUCTS COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 861273, David C. Hunter, J., entered August
15, 1980. *Affirmed* by unpublished opinion per James, J.,
concurred in by Andersen, C.J., and Corbett, J.

[No. 9797–1–I.  Division One.  April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARJORY
FAVORS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03161–5, H. Joseph Coleman, J., entered
December 22, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James and Corbett, JJ.

[No. 10008–4–I.  Division One.  April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04416–4, H. Joseph Coleman, J., entered
January 30, 1981. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Andersen, C.J., and Williams, J.